# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES MARTIN,** | ) | **CASE NO. 8:06CV359** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CLEAR CHANNEL BROADCASTING, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

The matter before the Court is the parties' joint Stipulation (Filing No. 19), in which the parties stipulate to dismissal of the Complaint (Filing No. 1) with prejudice. I find that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation (Filing No. 19) is approved, and the relief requested therein is granted;

2. The Complaint (Filing No. 1) is dismissed with prejudice; and

3. The parties shall pay their own costs as stated in Filing No. 19.

DATED this 27th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge